# Court of Appeals
# of the State of Georgia

ATLANTA,  December 29, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0707. DARRELL WILSON v. ETTA B. JACKSON.

Etta B. Jackson filed suit against Darrell Wilson and Fay Penn for breach of contract. Following a bench trial at which the defendants failed to appear, the trial court entered judgment for Jackson against Wilson in the amount of $15,000 on September 9, 2022. The trial court also entered a judgment in favor of Penn against Jackson. Wilson then filed a motion for reconsideration, which the trial court denied on November 1, 2022. Wilson filed a notice of appeal on November 14, 2022. We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Moreover, the denial of a motion for reconsideration is not itself appealable, and the filing of a motion for reconsideration does not extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Because Wilson's notice of appeal was filed 66 days after entry of the trial court's order, this appeal is untimely and we lack jurisdiction to consider it. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   12/29/2022  *

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*